UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE MICHAEL J. WEBER LIVING TRUST,

        Plaintiff,

    v.

WELLS FARGO BANK, N.A., et al.,

        Defendants.

Case No.  13-cv-00542-JST

**ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE FOR TEMPORARY RESTRAINING ORDER**

Re: Dkt. No.: 6.

       Before the Court is Plaintiff's Motion for a Temporary Restraining Order, filed Thursday, February 14, 2013.  (Dkt. No. 6.)  The court will hear the motion for Wednesday, February 20 at 4:00 p.m.  Counsel shall appear by telephone and the courtroom deputy shall initiate the call.  As soon as possible, and no later than 4:00 p.m. on Tuesday, February 19, counsel shall jointly provide to the courtroom deputy a single phone number at which all counsel can be reached for the hearing.  The courtroom deputy may be contacted at (415) 522-2036 or jstcrd@cand.uscourts.gov.

       Defendant shall file any opposition or other response to the Motion no later than 4:00 p.m. on Tuesday, February 19, 2013.  There shall be no reply.

       **IT IS SO ORDERED**.

Dated:  February 15, 2013

_____
Jon S. Tigar
United States District Judge