UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MICHAEL J. WEBER LIVING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>Defendants. | Case No. 13-cv-00542-JST<br><br>**ORDER CONTINUING HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 11. |

Pursuant to the parties' stipulated request, the Court now CONTINUES the hearing on Plaintiff's Motion for a Temporary Restraining Order and Request for an Order to Show Cause, previously scheduled for February 20, 2013 at 4:00 p.m., to February 28, 2013 at 3:00 p.m. (Dkt. No. 11.)

The Court grants the continuance on the following conditions, as reflected in the parties' stipulation: (1) the hearing on the Order to Show Cause why a Preliminary Injunction Should Not Be Issued will occur simultaneously with the Temporary Restraining Order hearing, and (2) the Defendant will not proceed with the sale of the Subject Property prior to March 1, 2013.

The parties may appear telephonically at the February 28 hearing.

**IT IS SO ORDERED**.

Dated: February 20, 2013

_____
Jon S. Tigar
United States District Judge